

# Fourth Court of Appeals
## San Antonio, Texas

February 16, 2023

No. 04-23-00080-CR

Steven **ROBLES**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2015CR1302
Honorable Mary D. Roman, Judge Presiding

### O R D E R

On January 24, 2023, Appellant Steven Robles filed a handwritten notice of appeal from his conviction and sentence in trial court cause number 2015-CR-1307. The notice states that Appellant was sentenced on January 13, 2023, but there is no documentation in the clerk's record to support that assertion.

The clerk's record shows that Appellant was sentenced to two years in the Texas Department of Criminal Justice after his community supervision was revoked on June 1, 2020. The trial court clerk's certificate of appeal shows that David L. McLane was appointed to represent Appellant in his appeal from the judgment, but it is not clear that Mr. McLane still represents Appellant, since Appellant's notice of appeal to appeal the trial court's June 1, 2020 judgment was due July 1, 2020. *See* TEX. R. APP. P. 26.2(a)(1). Under the current appellate cause number, 04-23-00080-CR, this court has only received appellate documents from Robles in January 2023.

To invoke this court's appellate jurisdiction, a timely notice of appeal is required. *Olivo v. State*, 918 S.W.2d 519, 522 (Tex. Crim. App. 1996). Absent a timely motion for new trial, a defendant's notice of appeal is timely filed if it is filed within thirty days after (1) the day sentence is imposed or suspended in open court, or (2) the day the trial court enters an appealable order. *See* TEX. R. APP. P. 26.2; *Olivo*, 918 S.W.2d at 522. Based on the current clerk's record for trial court cause number 2015-CR-1307, the most recent appealable trial court judgment was

signed on June 1, 2020, for which Robles's January 24, 2023 notice of appeal is untimely and ineffective to invoke this court's jurisdiction.

We **order** Appellant to show cause in writing within **thirty days** of the date of this order why this appeal should not be dismissed for want of jurisdiction. *See Olivo*, 918 S.W.2d at 522.

All other deadlines in this appeal are **suspended** pending further order of this court.

If Appellant fails to respond, this appeal **will be dismissed without further notice**.

Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of February, 2023.

MICHAEL A. CRUZ, Clerk of Court